THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **WILLIAM LORENZO GOOLSBY,** : | |
| : | |
| **Claimant,** : | |
| : | |
| v. : | Civil Action |
| : | No. 5:07-cv-183 (CAR) |
| **MICHAEL J. ASTRUE,** : | |
| **COMMISSIONER OF** : | |
| **SOCIAL SECURITY,** : | |
| : | |
| **Defendant.** : | |
| _____ : | |

## ORDER ON THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

This case is before the Court on the Report and Recommendation [Doc. 13] of United States Magistrate Judge G. Mallon Faircloth, who recommends that the Court grant Defendant's Motion to Dismiss [Doc. 8] for Claimant's failure to exhaust available administrative remedies. Claimant has entered a timely *pro se* objection to the Recommendation. Upon consideration of the objections of the Claimant and a *de novo* review of the record submitted by the parties, the Court agrees with the conclusions of the Magistrate Judge and hereby **ADOPTS** the Recommendation as the Order of the Court.

1

In a thorough and well-reasoned Recommendation, the Magistrate Judge has explained that because Claimant has failed to establish that he has received a final decision from the Commissioner, this Court is without jurisdiction to review his case. The Court does not disagree in any way with the conclusions reached by the Magistrate Judge. In his objections, Claimant cites random legal authority but fails to provide any valid objection to the Recommendation.  Ultimately, he has not shown that he exhausted the remedies available to him through the social security administration.  Thus, this Court ADOPTS the Report and Recommendation and GRANTS Defendant's Motion to Dismiss.  This case is hereby DISMISSED without prejudice to Claimant's right to re-file his claim once the Commissioner has made a final decision in the matter.

It is SO ORDERED this 27th day of August, 2009.

S/ C. Ashley Royal
C. ASHLEY ROYAL, JUDGE
UNITED STATES DISTRICT COURT

SSH